KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Radwan N. Khoudur,<br>Petitioner,<br>v.<br>John E. Cantu, et al.,<br>Respondents. | No.  CV-26-01326-PHX-AMM (JFM)<br><br>**ORDER TO SHOW CAUSE** |

Petitioner Radwan N. Khoudur, through counsel, filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.)

Petitioner entered the United States in 2022 and was paroled into the United States pursuant to § 212(d)(5) of the Immigration Nationality Act, 8 U.S.C. § 1182(d)(5). (*Id.* at 2.) On December 18, 2025, Petitioner was detained by Customs and Border Protection officials. (*Id.*) At a February 6, 2026 bond hearing, the Immigration Judge ("IJ") declined to exercise bond jurisdiction over Petitioner, citing *Matter of Yajure Hurtado*, 29 I & N Dec. 213 (BIA 2024). (*Id.* at 7.)

Petitioner contends his continued detention without an individualized custody determination violates procedural due process protections and his substantive due process rights to be free from arbitrary detention not reasonably related to a legitimate governmental purpose. Petitioner seeks release from custody or, alternatively, a bond hearing before an IJ.

Respondents must show cause why the Petition should not be granted. Any response

must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

Accordingly,

**IT IS ORDERED:**

(1) Counsel for Petitioner must immediately serve the Petition (Doc. 1) on Respondents.

(2) If not already issued, the Clerk of Court must issue any properly completed summonses.

(3) The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4) Respondents must show cause no later than **March 5, 2026**, why the Petition should not be granted.

(5) Petitioner may file a reply no later than **March 9, 2026**.

Dated this 26th day of February, 2026.

_____
Honorable Angela M. Martinez
United States District Judge