## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Radwan N Khoudur, | No. CV-26-01326-PHX-AMM (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| John E Cantu, et al., | |
| Respondents. | |

Petitioner Radwan N. Khoudur, through counsel, filed this action challenging his immigration detention pursuant to 28 U.S.C. § 2241. (Doc. 1.) On August 6, 2026, the Court granted the Petition and ordered Respondents to provide Petitioner a bond hearing pursuant to 8 U.S.C. § 1226. (Doc. 13.) In that Order, the Court stayed judgment and gave Petitioner five days to file an Amended Petition. (*Id.*) Petitioner did not file an Amended Petition, and the time to do so has passed.

Accordingly,

**IT IS ORDERED** that the Clerk of Court shall enter judgment accordingly and close this case.

Dated this 12th day of August, 2026.

Honorable Angela M. Martinez
United States District Judge